UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LUIS LOPEZ,

Petitioner,

v.

STATE OF NEVADA,

Respondent.

Case No. 3:26-cv-00643-MMD-CSD

ORDER

*Pro se* Petitioner Luis Lopez has filed an application for leave to proceed *in forma pauperis* and a Motion for Postconviction Habeas Corpus Modification of Illegal Sentence. (ECF Nos. 1 ("IFP Application"), 1-1 ("Motion").) Based on Lopez's Financial Certificate (ECF No. 4), the Court finds that good cause exists to grant the IFP Application. However, Lopez's Motion, which challenges his state judgment of conviction, has not been filed on the appropriate form or in substantial compliance with the form. Accordingly, Lopez is directed to file a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 on the Court's form.[1] In doing so, Lopez is advised to follow the instructions on the form and place the case number, 3:26-cv-00643-MMD-CSD, in the designated space.

It is therefore ordered that the IFP Application (ECF No. 1) is granted.

It is further ordered that on or before October 1, 2026, unless more time is requested and approved, Lopez must file a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Lopez's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

---

[1]Lopez remains responsible for calculating the applicable statute of limitations. By ordering Lopez to file a § 2254 Petition, the Court makes no finding or representation that either Lopez's Motion or § 2254 Petition will be considered timely.

It is further kindly ordered that the Clerk of Court send Lopez a blank copy of the form Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 along with instructions.

DATED THIS 1st Day of September 2026

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE